**FILED**
**U.S. District Court**
**District of Kansas**
05/13/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**HOWARD RAY PRUITT,**

**Petitioner,**

v.                                                            **CASE NO. 26-3058-JWL**

**GLORIA GEITHER,**

**Respondent.**

**MEMORANDUM AND ORDER**

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Howard Ray Pruitt, who proceeds pro se. (Doc. 1.) With his petition, Petitioner filed a motion (Doc. 3) asking this Court to stay these federal habeas proceedings until the completion of a related case in the state courts. The Court directed Petitioner to submit additional information regarding the state-court case. (Doc. 8.) Petitioner has now done so (Doc. 9) and the Court has reviewed the information.

The documents filed by Petitioner reflect that he filed in the District Court of Butler County, Kansas a motion seeking relief under K.S.A. 60-1507. (Doc. 9-1, p. 1.) The motion raises to the state courts the very issues that are raised in Petitioner's federal habeas petition filed in this Court. *See id.* at 10; (Doc. 1, p. 5-10, 16, 18, 20, 22). Accordingly, the Court will grant the motion to stay (Doc. 3) and this federal habeas case will be stayed and held in abeyance until the conclusion of Butler County District Court case number BU-2026-CV-000143 and any related appeal.

Practically speaking, what this means is that this Court will pause this federal habeas case and will set deadlines for Petitioner to periodically submit written status reports to this Court

1

regarding his state court case. For example, if the state district court enters a final order in Butler County District Court case number BU-2026-CV-000143, Petitioner should file a status report in this Court as soon as possible and inform the Court. If the deadline set by this Court for a status report is approaching and the district court has not entered a final order, Petitioner should file a status report advising this Court of any events that have occurred in the state case. If nothing further has happened in the state case, the status report may simply state that nothing has happened. When the state court proceedings—including any appeal taken after the state district court rules on Petitioner's K.S.A. 60-1507 motion—are final, the Court will lift the stay of this federal habeas case and this case will resume.

**IT IS THEREFORE ORDERED THAT** the motion to stay (Doc. 3) is **granted**. This matter is **stayed and held in abeyance** pending the completion of related state court proceedings. Petitioner is granted to and including **August 14, 2026** to file a status report as described in this order.

**IT IS SO ORDERED.**

DATED:   This 13th day of May, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

2